Mechanics Bank and Trust Company v. Edmund K. Stallo, Impleaded. — Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Camille Morel v. August Peschmanns.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Richard A. Springs and Others v. Palmer L. Corker.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Herma Delossy v. Henry S. Savage, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Curtis Blaisdell Company v. George W. Lederer.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Charles McC. Chapman v. George R. Read & Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Joseph Kanobrocki v. Chrome Steel Works.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Peter Minakaki v. Florence Guernsey.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Twenty-eighth Street and Seventh Avenue Realty Company v. Samuel Hirsch and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

C. Ludwig Baumann and Others v. Edmond F. Rowan.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

August Rosenberg v. The Travelers Insurance Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke. Scott and Hotchkiss, JJ.

Onward Construction Company v. Frances M. Harris.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Louis Levien Cut Glass Company v. Louis Hinsberger.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Lillian Brooks v. Frans O. Bjerken.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

American Bonding Company v. Walter F. Duckworth and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.